UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin Mark Hedquist, et al., | CIVIL 07-1855 PAM |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| Option One Mortgage Corporation, | |
| Defendant. | |

------------------------------------------------------------------------------------------

It appearing from the files and records that the case has been dormant since the date of filing,

Now therefore, Sua Sponte because of lack of prosecution the case is **DISMISSED.**

Provided that, the Court will retain jurisdiction for ten days from the date hereof to afford plaintiff the opportunity, if so advised to move to vacate this Order of Dismissal.

Dated: June   12  , 2007

                                                         s/Paul A. Magnuson
                                                         Paul A. Magnuson**,** Judge
                                                          United States District Court